AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 9 2026
CLERK, U.S. DISTRICT COURT
By ______________
Deputy

United States of America
v.

Omar Ahda Samuels

*Defendant(s)*

Case No. 2:26-MJ-187

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 8, 2026 in the county of Hutchinson and Potter in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) | Possession with Intent to Distribute of Marijuana |
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

Timothy Brock Tullos (signature)
*Complainant's signature*

Timothy Brock Tullos, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 9/9/26

Lee Ann Reno (signature)
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:26-MJ-187

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Timothy Brock Tullos, being duly sworn, depose and state:

1. I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2. I am assigned to DEA's Amarillo Resident Office (ARO). I was hired as a Task Force Officer from Borger Police Department in Borger, TX, in March 2024. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to conducting surveillance, undercover operations, utilizing confidential sources, and executing arrest and search warrants. Prior to being a DEA Task Force Officer, I completed my basic peace officer training at Amarillo College in October 2011. I have worked for Borger Police Department for over 10 years. During my tenure with Borger Police Department, I have made narcotics arrests and assisted with narcotics investigations.

3. This affidavit is made in support of a complaint and arrest warrant for Omar Ahda SAMUELS. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4. On September 8, 2026, at approximately 10:30 a.m., Drug Enforcement Administration (DEA) Task Force Officer (TFO)Timothy Tullos conducted surveillance at 409 S. Bivins Street in Amarillo, Texas. At approximately 11:00 a.m., TFO Tullos observed a white Jeep SUV (TX Registration WLR2862), known to be operated by Omar Ahda SAMUELS, leaving the residence. The white Jeep SUV traveled east on 3rd Street and turned north on Eastern Street. The white Jeep SUV traveled eastbound across Amarillo Blvd to Hwy 136. The white Jeep turned east on Hwy 136 and traveled to Fritch.

5. On the same date, Texas Department of Highway Patrol (TX DPS) Trooper Danny Nunez conducted a traffic stop on the white Jeep SUV for speeding at 8410 Hwy 136 in Hutchinson County. TX DPS Trooper Nunez contacted the driver, Omar Ahda SAMUELS, who was the only occupant of the vehicle.

6. TX DPS Trooper Nunez observed marijuana inside the vehicle and could smell the odor of marijuana. SAMUELS told the Trooper that SAMUELS had used marijuana. SAMUELS told the Trooper to search his vehicle. The Trooper conducted a probable

cause search of the white Jeep SUV which resulted in the discovery of three bags of suspected marijuana with a gross weight of approximately 124 grams and numerous empty packaging labeled for the distribution of marijuana.

7. On the same date, DEA TFO Jeremy Hoffman obtained a state search warrant for 409 S. Bivins Street in Amarillo, Texas 79104 which was signed by the City of Amarillo Municipal Court Judge Laura Hamilton.

8. On the same date, at approximately 3:15 p.m., DEA Agents/TFOs, Potter County Sheriff's Office (PCSO), Federal Bureau of Investigation (FBI) and Amarillo PD executed a search warrant at 409 S. Bivins Street, Amarillo, Texas 79104.

9. PCSO and DEA Agents/TFOs searched for contraband and other items inside the Bivens Street residence. During the search, officers located several firearms in the east master bedroom of the residence: a Romanian AK-47 pistol, serial number 72772; a Glock 26, 9mm caliber pistol, serial number ALVE775; and a Sig Sauer, model P365, semiautomatic pistol, serial number 66F954713. Officers also located a Smith and Wesson, model SD-9, 9mm caliber pistol, serial number CRWF162, on the kitchen counter. PCSO located numerous large bags of suspected marijuana in the kitchen. The marijuana had a gross weight of over four pounds. This amount of marijuana is consistent with distribution, as opposed to personal use. PSCO deputies also located a scale with marijuana residue on it, next to the firearm on the kitchen counter. The scale is also consistent with marijuana distribution.

10. TFO Tullos spoke with a female inside the residence. TFO Tullos advised the female of her *Miranda* rights and she waived her rights. TFO Tullos asked the female who was living at the residence. The female stated that she was just hanging out on the couch, but she is there to see SAMUELS. The female stated she has been seeing SAMUELS for about two months and he stays in the master bedroom, which is the east bedroom of the residence. The female stated nobody else stays at the residence.

11. During the search of the residence, TFO Wilson located several pieces of mail with SAMUELS name on them throughout the residence.

12. It is also known that SAMUELS is a convicted felon and cannot possess firearms. On or about March 30, 2022, SAMUELS was convicted of Assault Causes Bodily Injury in Hutchinson County, Texas. SAMUELS is currently on state parole for this offense, therefore he knew, or should have known, that he was convicted of a felony offense.

13. Upon information and belief, the firearms SAMUELS possessed were not manufactured in the State of Texas.

Timothy Brock Tullos
Timothy Brock Tullos
DEA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

9/9/26 at Amarillo, TX
Date City and State

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer

Lee Ann Reno
Signature of Judicial Officer

Anna Marie Bell
Anna Marie Bell
Assistant United States Attorney